UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | Criminal No. 01-259-01 (ESH) |
| v. | ) ) ) | |
| JAMES J. GASTON, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Report and Recommendation issued by Magistrate Judge John M. Facciola on August 12, 2011 [dkt. #111], which accepted the agreed-upon recommendation of the parties and the Probation Office, it is hereby

**ORDERED** that defendant's conditions of supervised release are modified to require him to spend no less than 90 days of his remaining term of supervised release in a halfway house; and it is further

**ORDERED** that all other conditions of supervised release remain in effect.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 24, 2011